

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00599-CV

ST. MINA AUTO SALES, INC. AND
VICTOR S. ELGOHARY, Appellants

V.

NAJWA AL-MUASHER D/B/A AMERICAN AUTO
SALES AND D/B/A AMERICAN AUTO SALES 1.1, Appellee

Appeal from the 80th District Court of Harris County.  (Tr. Ct. No. 2013-12024).

This case is an appeal from the final judgment signed by the trial court on June 6, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellants, St. Mina Auto Sales, Inc. and Victor S. Elgohary, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 6, 2015.

Panel consists of Justices Jennings, Bland, and Brown. Opinion delivered by Justice Bland.